## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Criminal Case: 1:17-cr-00184 (RJL)** |
| v.    : | |
| : | |
| : | |
| **ALLAN JAMES,** : | |
| : | |
| **Defendant** : | |

### JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Allan James, by and through his attorney Carlos Vanegas, Esq., hereby files this joint status report in response to the Minute Order issued by the Court on September 17, 2018.

At the sentencing hearing, the government intends to call Brice Ziegler, a firearms examiner with the Federal Bureau of Investigation, as an expert witness. Government counsel has provided a copy of Mr. Ziegler's report, notes, and CV to defense counsel. The government may also call Special Agent Thomas Barmonde, with the Bureau of Alcohol, Tobacco, and Firearms (or another agent with similar experience), who has worked on firearms trafficking cases for multiple years, to discuss black-market pricing of weapons and related topics, based on his training and experience. Based on the witnesses' and all counsels' schedules, we request that the Court **not** set the hearing on October 9-12, 15, 16, 19, 22, 29, or 30; November 1, 2, 6, 13-23, or 29; or December 6, 2018.

The defense does not at this point intend to call an expert witness at the sentencing hearing, but it is in contact with potential experts. If the defense identifies an expert it intends to call, it will notify the Court and government counsel.

Undersigned counsel sent a copy of this pleading to Carlos Vanegas, Esq., counsel for Mr. James, and Mr. Vanegas informed the undersigned that he agrees this may be filed as a joint status report.

Respectfully Submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY


_____/s/_____
ERIK M. KENERSON
Ohio Bar No. 82960
MICHAEL J. ROMANO
Assistant United States Attorneys
Illinois Bar Number 6293658
National Security Section
United States Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 252-7201
erik.kenerson@usdoj.gov
michael.romano2@usdoj.gov